# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1044. BRENDA STEVENSON v. TCS REALTY, LLC.**

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, Brenda Stevenson appealed de novo to the superior court. On December 23, 2013, the superior court entered a writ of possession in favor of TSC Realty, LLC. On December 31, 2013, Stevenson filed a notice of direct appeal to this Court. We lack jurisdiction for two reasons.

First, because the order at issue disposes of a de novo appeal from a magistrate court decision, Stevenson was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).

Second, this appeal is untimely. An appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Here, Stevenson's notice of appeal was filed 8 days after the superior court's order was entered. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>02/27/2014</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*